UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM SPENCER & <br> ELIZABETH ROSADO <br>    Plaintiffs <br>  <br> v. <br>  <br> LDG FINANCIAL SERVICES, LLC and <br> JOHN DOE a/k/a AL MITCHELL <br>    Defendant | CIVIL ACTION NO. <br> 3:11-CV-00952 (JBA) <br>  <br>  <br>  <br>  <br>  <br> OCTOBER 7, 2011 |

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(i), the plaintiffs, William Spencer and Elizabeth Rosado, through their attorney, hereby give notice that the claims of the above-entitled action shall be dismissed with prejudice, without costs or attorney's fees.

Plaintiffs, William Spencer & Elizabeth Rosado

By/s/Daniel S. Blinn
Daniel S. Blinn  (ct02188)
Consumer Law Group, LLC
35 Cold Spring Road, Suite 512
Rocky Hill, CT  06067
Tel: (860) 571-0408; Fax: (860) 571-7457
dblinn@consumerlawgroup.com

## CERTIFICATION

I hereby certify that on this 7th day of October, 2011, a copy of foregoing Notice of Dismissal was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

/s/Daniel S. Blinn
Daniel S. Blinn